No. 934. GRAINGER BROTHERS COMPANY *v.* G. AM-SINCK AND COMPANY, INC.    April 11, 1927.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.    *Messrs. William Ritchie, Jr.,* and *James M. Beck* for petitioner.    *Mr. Joseph D. Fradenburg.* for respondent.

No. 935. H. J. HUGHES COMPANY *v.* G. AMSINCK AND COMPANY, INC.    April 11, 1927.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.    *Messrs. William Ritchie, Jr.,* and *James M. Beck* for petitioner.    *Mr. Joseph D. Fradenburg* for respondent.

No. 936. BLISS SYRUP REFINING COMPANY *v.* G. AMSINCK AND COMPANY, INC.    April 11, 1927.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.    *Messrs. William Ritchie, Jr.,* and *James M. Beck* for petitioner.    *Mr. Joseph D. Fradenburg* for respondent.

No. 937. E. B. CANTRELL ET AL. *v.* UNITED STATES. April 11, 1927.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Rhodes S. Baker* for petitioners.    *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. John J. Byrne* for the United States.

No. 938. ROSCOE HUNNICUTT *v.* UNITED STATES.    April 11, 1927.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.    *Mr. Rhodes S. Baker* for petitioners.    *Solicitor General Mitchell, Assistant Attorn‹ · General Willebrandt* and *Mr. John J. Byrne* for the United States.